In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS, Respondent, for a Determination of Priority of Payment of Claim Pursuant to Section 78 of the Banking Law. ISAAC SIMONS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BELL SECURITIES AND MANAGEMENT CORPORATION, as Syndicate Manager of ACOUSTIC PRODUCTS COMPANY PREFERRED AND COMMON STOCK SYNDICATE, Respondent, v. CHARLES HAYDEN and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

WILLIAM KING, Respondent, v. J. MOTT CRUMB, Also Known as JAYNES MOTT CRUMB, Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted in toto. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ROBERT E. ADAMS, Plaintiff, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK and LAMAR HILL, Respondents, Impleaded with CHARLES F. NOYES COMPANY and PEASE & ELLIMAN, INC., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. MAX AARON and Others, Defendants, Impleaded with JAMES F. BRUCE, Respondent, and HARRY E. PETERSEN and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of JAMES J. SHEVLIN, Respondent, against ABRAHAM KAPLAN, as President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MAX GOODMAN, Respondent, v. ASTORIA-RIKER CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ANNA ZARITSKY and MORRIS ZARITSKY, Respondents, v. ROSE SLAVIN, Appellant, Impleaded with Another.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HELEN ORTH, an Infant, by FRANK ORTH, JR., Her Guardian ad Litem, Appellant, and FRANK ORTH, JR., Plaintiff, v. EMILY FITZPATRICK and MICHAEL J. BELLO, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.